# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EIREOG INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> ACER INCORPORATED, <br><br> Defendant. | Case No. 2:24-cv-00449-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

WHEREAS Plaintiff EireOg Innovations Ltd. ("EireOg") moves to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), EireOg and Acer Incorporated ("Acer"), through their attorneys of record, request this Court to dismiss EireOg's claims for relief against Acer without prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: September 30, 2025

Respectfully submitted,

By: */s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Jonathan Yim (TX SBN 24066317)
jyim@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Michael G. McManus (DC Bar No. 493422)
mmcmanus@bclgpc.com
**BC LAW GROUP, P.C.**

200 Madison Avenue, 24ʰ Floor
New York, NY 10016
Telephone: (212) 951-0100

William E. Davis, III
Texas State Bar No. 24047416
bdavis@davisfirm.com
Rudolph "Rudy" Fink IV
Texas State Bar No. 24082997
rfink@davisfirm.com
Ty Wilson
Texas State Bar No. 24106583
twilson@davisfirm.com
**DAVIS FIRM PC**
213 N. Fredonia Street, Suite 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Attorneys for Plaintiff EireOg Innovations Ltd.*


By: */s/ Louis Tompros*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Dennis Wang
dennis.wang@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Phone: (650) 858-6000
Facsimile: (650) 858-6100

Joseph J. Mueller (*pro hac vice*)
joseph.mueller@wilmerhale.com
Louis W. Tompros ((*pro hac vice*)
louis.tompros@wilmerhale.com
Sarah R. Frazier (*pro hac vice*)

sarah.frazier@wilmerhale.com
Jason H. Liss (*pro hac vice*)
jason.liss@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

David M. Hoffman (TX Bar No. 24046084)
hoffman@fr.com
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 2000
Austin, TX 78701
Phone: 512-472-5070

Aaron P. Pirouznia (TX Bar No. 24098958)
pirouznia@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: 214-747-5070

Jeffrey Shneidman (MA Bar No. 681612)
shneidman@fr.com
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02210
Phone: 617-542-5070

*Attorneys for Defendant Acer Incorporated*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 30, 2025 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Brett Cooper*
Brett E. Cooper

**CERTIFICATE OF CONFERENCE**

The Parties have complied with the meet and confer requirement and the motion is submitted as agreed.

*/s/ Brett Cooper*
Brett E. Cooper